IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ARIELLE BAIRD, individually and as natural parent of E.B., and DUSTIN BAIRD, as natural parent of E.B.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GGWH TRUCKING, INC., and WAYNE KIDDER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:18cv77-MHT<br>(WO) |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal and motion to dismiss (doc. no. 48), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and this cause is dismissed in its entirety with prejudice and with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of November, 2019.

                     <u> /s/ Myron H. Thompson </u>
                     **UNITED STATES DISTRICT JUDGE**